**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Clarence Allen McHANNEY,**
**Defendant–Appellant.**

No. 08–30868
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 20, 2009.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Shreveport, LA, Brett L. Grayson, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before KING, DAVIS and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Clarence Allen McHanney has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). McHanney has not

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.